GREENBERG TRAURIG, LLP
Joel E. Tasca (SBN 344697)
10845 Griffith Peak Drive, Suite 600 Las Vegas, Nevada 89135
Telephone: 702.792.3773
Facsimile: 702.792.9002
joel.tasca@gtlaw.com
*Attorney for Defendants*

JONES TRIAL ATTORNEYS
Sean M. Jones
Wells Fargo Plaza, 20th Floor
401 B Street, Suite 2010
San Diego, California 92101
Telephone: (619) 732-6377
Fax: (619) 730-7111
sean@jonestrialattorneys.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADDOX DEFENSE, INC., a California corporation; ENVIROTECH VEHICLES, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>EFRAIM DIVEROLI, an individual; KINGBIRD VENTURES, LLC, a Wyoming LLC; VD ACQUISITIONS, LLC, a Nevada LLC; and DOES 1–50,<br><br>Defendants. | **CASE NO. 3:26-cv-02992-BAS-AHG**<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>TRIAL DATE: Not Set |

Plaintiffs MADDOX DEFENSE, INC. and ENVIROTECH VEHICLES, INC., a Delaware corporation ("Plaintiffs") and Defendants EFRAIM DIVEROLI;

KINGBIRD VENTURES, LLC; and VD ACQUISITIONS, LLC (“Defendants”, collectively, the “Parties”), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the complaint in this action (the “Complaint”) on May 13, 2026;

WHEREAS, Defendants KINGBIRD VENTURES, LLC and VD ACQUISITIONS, LLC’s current deadline to plead in response to the Complaint is September 4, 2026;

WHEREAS, service with regard to Defendant EFRAIM DIVEROLI was waived on August 28, 2026, and the signed Waive of Service was filed on September 2, 2026;

WHEREAS, the Parties have agreed to extend the deadline to plead in response to the Complaint for Defendants KINGBIRD VENTURES, LLC and VD ACQUISITIONS, LLC to be the same deadline as Defendant EFRAIM DIVEROLI’s – October 27, 2026;

WHEREAS, this is the second request for an extension of time in this action, and neither Party will be prejudiced by this extension of time; and

NOW THEREFORE, the Parties, by and through their counsel of record, stipulate and agree and respectfully as that the Court enter an order extending Defendants’ responsive pleading deadlines, such that all Defendants in this action will have up to and including October 27, 2026 to respond to the Complaint.

\\\

\\\

\\\

\\\

\\\

\\\

\\\

**IT IS SO STIPULATED.**

Dated: September 4, 2026

JONES TRIAL ATTORNEYS

/s/ *Sean M. Jones*
SEAN M. JONES, ESQ./LL.M.

*Attorney for Plaintiffs*

Dated: September 4, 2026

GREENBERG TRAURIG, LLP

/s/ *Joel E. Tasca*
JOEL E. TASCA ESQ

*Attorney for Defendants*